```
                                           FILED
                                       2008 MAY 29  AM 9: 53

                                       CLERK U.S. DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA

                                       BY_____KNH_____DEPUTY
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERNAN DELGADO,<br><br>                    Petitioner,<br><br>  v.<br><br>ALBERTO R. GONZALEZ, United States Attorney General, et al.,<br><br>                    Respondents. | CASE NO: 07-CV-1315 W (CAB)<br><br>**ORDER VACATING MAY 13, 2008 ORDER AND DISMISSING PETITION AS MOOT** |

      On May 13, 2008, this Court granted in-part Petitioner Hernan Delgado's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and ordered a hearing before the immigration court within ten day.  On May 15, 2008, the Court granted a joint motion to stay execution of the judgment pending negotiations between the parties regarding Delgado's release on a reduced bond.  On May 20, 2008, Delgado was released from Respondents' custody on bond.  The parties then filed the pending joint motion for relief from judgment under Federal Rule of Civil Procedure 60(b)(5) and for dismissal.

1     Having reviewed the moving papers and good cause appearing, the Court **GRANTS** the motion (Doc. No. 19). The Court's May 13, 2008 order is **VACATED** and the case **DISMISSED** without prejudice on the ground that the Petition is now moot.

    **IT IS SO ORDERED.**

DATE: May 28, 2008

                      HON. THOMAS J. WHELAN
                        United States District Court
                        Southern District of California

**CC: ALL PARTIES**